# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 22 2016 ★

BROOKLYN OFFICE

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

March 17, 2016

<u>VIA Fax 1-718-809-2723</u>
U.S. Magistrate Viktor V. Pohorelsky
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States vs. Jun Feng, et al.,
    (S-1)14 Cr. 387

I write with the consent of the government & pretrial officer Anna Lee to request modification of Mr. Feng's bail conditions to permit the release of his passport to him on Friday, March 25, 2016 from 9:00am to 5:00pm.

This request is made to permit Mr. Feng to go to the Chinese embassy in New York City to complete the necessary paper work (a sworn declaration) which will permit the sale of his mother's house in China. Mr. Feng's mother is currently in grave medical condition and her hospitalization has necessitated the sale of her home to pay for medical treatment.

Although Mr. Feng is not an owner of the home, the Chinese government requests that all potential heirs sign a release of any potential rights to the property that they might possess.

As a condition of the proposed bail modification, Mr. Feng will deliver proof to Officer Ms. Lee of the visit to the Chinese embassy.

Mr. Feng is subject to electronic monitoring and home confinement.

Very truly yours,

James Roth

cc: AUSA Ameet Kabranca (by email)
    USPTO Anna Lee (by email)
    Mag. Clerk (by fax)

JR/Feng/Bail

Application granted.
So Ordered.

s/VVP    3/21/16