# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

March 25, 2016

**BY ECF**
Honorable Margo K. Brodie
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re: United States vs. Jun Feng, et al.,
  (S-1)14 Cr. 387 (MKB)**

Dear Judge Brodie,

  I write with the consent of the government to request that the sentence proceeding scheduled for April 19, 2016 be adjourned to the week of May 23, 2016 to a time convenient to the court. This adjournment is necessary to permit the parties to resolve outstanding issues pertinent to the sentence proceeding.

                Very truly yours,

                James Roth

cc: AUSA Ameet Kabrawala (by ECF)
   AUSA Lauren Ecbert (by ECF)